# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ENGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CSATF/SP CORCORAN II,<br><br>    Defendant. | Case No. 1:14-cv-00746-LJO-SMS HC<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 1 and 6) |

    On May 19, 2014, Petitioner Eric Engle, a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner contended that prison officials denied him appropriate medical care to address his severe chronic pain from multiple bone and joint conditions.

    Relief by way of a writ of habeas corpus is available if a state prisoner can show that he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254. When a prisoner seeks to challenge the conditions of his confinement, however, a petition for writ of habeas corpus is inappropriate. Petitioner's claims of inadequate or inappropriate medical care are properly analyzed as civil rights claims related to conditions of confinement, not the fact or duration of confinement. Petitioner's claims are properly brought in a civil rights action pursuant to 42 U.S.C. § 1983.

///

///

1

1
2
3

    Because Petitioner is not entitled to habeas corpus relief, the Court must dismiss his habeas corpus petition.  Petitioner may pursue his claims by filing a civil rights complaint pursuant to 42 U.S.C. § 1983.

4
5
6
7
8

    On July 10, 2014, contending that he could not fully attend to his habeas corpus petition as he prepared to be paroled, Petitioner filed a motion for an extension of time to pursue his case.  Doc. 6. In light of the Court's dismissal of his habeas corpus petition, Petitioner's motion to extend time must be dismissed as moot.

9
10
11
12

    The Court hereby DISMISSES the petition for writ of habeas corpus since it does not allege grounds that would entitle Petitioner to habeas corpus relief.  The Court further DISMISSES the motion to extend time as moot.  The Clerk of Court is directed to send Petitioner the standard form for civil rights complaints pursuant to 42 U.S.C. § 1983.

13
14
15

IT IS SO ORDERED.

16

Dated:   **July 15, 2014**                              **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28